**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| |
|---|
| MIRIAN ABARCA TIXE, *et al*., |
| Petitioner, |
| v. |
| PATRICIA HYDE, *et al*., |
| Respondents. |

Civil Action No. 1: 25-cv-12365-GAO

<u>**RESPONDENTS' MOTION TO MODIFY THIS COURT'S ORDER**</u>

Respondents by and through their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully submit this motion to modify the Court's October 22, 2025 Opinion and Order.  Doc. No. 20.  In such Order, the Court granted the Petitioner's motion for clarification[1] (Doc. No. 14) which had challenged U.S. Immigration and Customs Enforcement's ("ICE") transfer of Petitioner from a detention facility in New Jersey to a facility in Texas as a violation of the Court's Service Order (Doc. No. 4).  In her motion, Petitioner requested as relief from this Court an order that ICE "initiate and execute the transfer of Petitioner back to the Elizabeth Detention Center [in New Jersey] or another facility readily accessible to Massachusetts counsel".  Doc. No. 14 at 14.

In its October 22, 2025 Opinion and Order, this Court ordered ICE to "immediately return the petitioner to a proper facility located within the District of Massachusetts."  Doc. No. 20 at 4.  ICE is engaged in the process of planning Petitioner's transfer from her current facility

---

[1] Petitioner had labeled her motion as an Emergency Motion for a Temporary Restraining Order and Mandatory Injunction.

in Texas, but respectfully requests this Court modify its Order to allow ICE to return Petitioner

to the Elizabeth Detention Center in New Jersey as requested by Petitioner in her Motion.  Doc.

No. 14.  As grounds for this request, ICE contends that there is not a proper facility located

within Massachusetts for to house Petitioner for more than a temporary period.  *See* Declaration

of Assistant Field Office Director, Keith Chan, attached as Exhibit A, ¶ 4; Doc. No. 8 at 1-2

(Providing notice of intent to transfer Petitioner from the temporary holding facility at the ICE

field office in Burlington, Massachusetts to a facility with open bed space in New Jersey).

      If Petitioner was transferred back to Massachusetts, Petitioner would be detained

temporarily at the ICE field Office in Burlington which does not contain many of the

accommodations needed to house and care for individuals for any extended period of detention

and does not contain medical facilities or dedicated attorney client meeting space.  *See* Exh. A, ¶

4; Doc. No 8 at 2.  As such, the Government would need to immediately file notice of intent to

transfer Petitioner to a long-term facility outside of Massachusetts.  As such, ICE respectfully

requests this Court modify its Order to allow the relief requested by Petitioner – a return to an

appropriate facility in New Jersey.

                                     LEAH B. FOLEY
                                     United States Attorney

Dated: October 24, 2025        By:    */s/ Mark Sauter*
                                     Mark Sauter
                                     Assistant United States Attorney
                                     United States Attorney's Office
                                     1 Courthouse Way, Suite 9200
                                     Boston, MA 02210
                                     Tel.: 617-748-3347
                                     Email: mark.sauter@usdoj.gov

## RULE 7.1 CERTIFICATION

Pursuant to L.R. 7.1, the undersigned affirms that he conferred with Petitioner's counsel as to the relief requested in this motion.  Petitioner's counsel expressed opposition to the relief requested.

Dated: October 24, 2025          By:     */s/ Mark Sauter*
                                        Mark Sauter
                                        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Mark Sauter, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 24, 2025          By:     */s/ Mark Sauter*
                                        Mark Sauter
                                        Assistant United States Attorney