## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIRIAN ABARCA TIXE et al,<br><br>               Petitioner,<br><br>v.<br><br>PATRICIA HYDE et al,<br>               Respondent. | Civil Action No. 25-cv-12365-GAO |

### DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR KEITH CHAN

Pursuant to the authority of 28 U.S.C. § 1746, I, Keith Chan, Assistant Field Office Director for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

1. I am a currently serving as an Assistant Field Office Director ("AFOD") for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, ("ICE") Enforcement and Removal Operations ("ERO"). I have held this position since May 2022, and I have been employed by ICE since August 2008.

2. As AFOD, my official duties include overseeing the management, monitoring, scheduling, and execution of removal orders for noncitizens in ICE custody whose cases involve federal litigation. This entails ensuring compliance with court orders, legal mandates, and applicable policies while coordinating with agency counsel and the Department of Justice to address litigation-related requirements. I have experience

utilizing ICE record systems to obtain information regarding specific aliens. ICE maintains electronic and paper records on noncitizens. These records are made during regularly conducted business activity at or near the time of relevant events by a person with knowledge of these events. In preparing this declaration, I have examined ICE official records, not limited to, but including the Enforce Alien Removal Module ("EARM"). EARM is an electronic database ordinarily relied upon to ascertain an alien's immigration history, current case status, and plans for removal, if any.

3. I have examined the official records available to me regarding Mirian Abarca Tixe. ("Petitioner").

4. ERO is aware of the Court's October 22, 2025, order, however, there is no appropriate bed space in the District of Massachusetts for the Petitioner. If the Petitioner were returned to Massachusetts, she would have to be held in the hold room in Burlington Massachusetts, which is not intended for long-term detention.

5. ERO is actively seeking to secure bed space at the Elizabeth Contract Detention Facility in New Jersey, where the alien was previously detained before her transfer for removal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on the 24th of October 2025.

*Digitally signed by KEITH M CHAN*
*Reason: I have reviewed this document*
*Date: 2025.10.24 16:04:38 -04'00'*

Keith Chan
Assistant Field Office Director
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Burlington, Massachusetts