**Elizabeth Shaw, Esq. | BBO #: 713541**
**Law Offices of Rachel L. Rado, LLC**
**175 Portland Street, 2nd Floor.**
**Boston, MA 02114**
**(t) 617-871-6030 | (f) 877-246-8795**
**(e) eshaw@rachelradolaw.com**

Attorney for Petitioner

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIRIAN XIMENA ABARCA TIXE,<br><br>Petitioner<br><br>v.<br><br>PATRICIA HYDE, et al.<br><br>Respondents | Case No. 25-12365<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR JUDICIAL INTERVENTION** |

Petitioner, MIRIAN XIMENA ABARCA TIXE, by and through undersigned counsel, hereby gives notice of her withdrawal of the Motion for Judicial Intervention filed on October 28, 2025 (Doc. No. 20).

No party will be prejudiced by this withdrawal.

 

Respectfully Submitted,
Mirian Ximena Abarca Tixe
By Her Attorney

//s// *Elizabeth Shaw*
_____
Elizabeth Shaw, Esq. | BBO #: 713541
Law Offices of Rachel L. Rado, LLC
175 Portland Street, 2nd Floor.
Boston, MA 02114
(t) 617-871-6030 | (f) 877-246-8795
(e) eshaw@rachelradolaw.com

Date: 10/28/2025

## CERTIFICATE OF SERVICE

I, Elizabeth Shaw, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: 10/28/2025

//s// *Elizabeth Shaw*
Elizabeth Shaw, Esq. | BBO #: 713541
Law Offices of Rachel L. Rado, LLC
175 Portland Street, 2nd Floor.
Boston, MA 02114
(t) 617-871-6030 | (f) 877-246-8795
(e) eshaw@rachelradolaw.com