UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIRIAN XIMENA ABARCA TIXE,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, Acting Director of Boston Field Office,<br>MICHAEL KROL, HSI New England Special Agent in Charge,<br>TODD LYONS, Acting Director, United States Immigration and Customs Enforcement,<br>KRISTI NOEM, Secretary of the United States Department of Homeland Security,<br><br>Respondents. | No. 1:25-cv-12365-GAO |

**RESPONDENTS' STATUS REPORT
PERTAINING TO THE COURT'S OCTOBER 22, 2025, ORDER**

Respondents, by and through their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, herein provide this status report pertaining to the Court's October 22, 2025, Order as follows:

1. On October 22, 2025, this Court issued an Order directing Respondents to return Petitioner to a proper facility located within the District of Massachusetts. Doc. No. 20.

2. Given that Massachusetts does not have a proper facility within the state to accommodate female detainees, on October 24, 2025, Respondents filed a motion to modify the Court's Order. Doc. No. 21.

3. On October 27, 2025, this Court denied Respondents' motion to modify. Doc. No. 23.

4.      Immediately following the Court's denial of Respondents' motion to modify, the Department of Homeland Security, Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) commenced plans to return Petitioner to Massachusetts. Exhibit 1, Declaration of Assistant Field Office Director Keith Chan, ¶ 6.

5.      Petitioner is expected to be returned to Massachusetts on Friday, October 31, 2025. Id.

6.      Respondents will provide the Court with a further status report, pursuant to the Court's October 22, 2025, Order, once Petitioner is within Massachusetts.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated:  October 29, 2025           By:    */s/ Rayford A. Farquhar*
                                          RAYFORD A. FARQUHAR
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          John Joseph Moakley U.S. Courthouse
                                          1 Courthouse Way, Suite 9200
                                          Boston, MA 02210
                                          617-748-3100
                                          Email: rayford.farquhar@usdoj.gov

**LOCAL RULE 7.1 CERTIFICATION**

Although a Local Rule 7.1 certification is not required for filing a status report, I, Rayford A. Farquhar, hereby certify that yesterday I spoke directly with attorney Rachel L. Rado to inform her of Petitioner's status, and that I would be filing this status report today.

Dated: October 29, 2025            By:    */s/ Rayford A. Farquhar*
                                          Rayford A. Farquhar
                                          Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 29, 2025          By:    */s/ Rayford A. Farquhar*
                                                   RAYFORD A. FARQUHAR
                                                   Assistant United States Attorney