**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MIRIAN ABARCA TIXE et al,

Petitioner,

v.                                                    Civil Action No. 25-cv-12365-GAO

PATRICIA HYDE et al,

Respondent.

**DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR KEITH CHAN**

Pursuant to the authority of 28 U.S.C. § 1746, I, Keith Chan, Assistant Field Office Director for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

1. I am currently serving the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), as an Assistant Field Office Director ("AFOD") in Burlington, Massachusetts. I have served in this position since May 2022 and have been employed by ICE since August 2008.

2. As AFOD, my official duties include overseeing the management, monitoring, scheduling, and execution of removal orders for aliens in ICE custody whose cases involve federal litigation. This entails ensuring compliance with court orders, legal mandates, and applicable policies while coordinating with agency counsel and the Department of Justice to address litigation-related requirements.

3.  I have experience using ICE records systems to obtain information about specific aliens. ICE maintains electronic and paper records created during daily business. These records are created at or near the time of the relevant events by, or from information provided by, people with knowledge of those events. In preparing this declaration, I reviewed official ICE records, including, but not limited to, the ENFORCE Alien Removal Module ("EARM"), an electronic case-management database that ICE personnel ordinarily rely upon to determine an alien's immigration history, current case status, and, if applicable, plans for removal.

4.  I have examined the official records available to me regarding Mirian Abarca Tixe. ("Petitioner").

5.  ERO has been actively working on complying with the court's October 22, 2025.  Upon receipt of the Court's order, ERO advised counsel no female bed space was available at a long-term detention facility in Massachusetts and requested a motion be filed to allow Petitioner to be housed in New Jersey.

6. On October 27, 2025, upon learning that the Court had denied that motion, ERO immediately altered plans to move Petitioner to the Elizabeth Detention Center in New Jersey and instead arranged for her to be returned to Massachusetts. She is expected to be returned to Massachusetts on Friday, October 31, 2025, and will be held in Burlington, Massachusetts, pursuant to this Court's October 22, 2025, order. There are no long-term detention facilities available for her within the state of Massachusetts.

7. At no time did ERO intend to disregard or fail to comply with this Court's orders.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on the 28ᵗʰ of October 2025.

Digitally signed by KEITH M
CHAN
Reason: I have reviewed this
document
Date: 2025.10.28 18:10:55 -04'00'

Keith Chan
Assistant Field Office Director
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Burlington, Massachusetts