UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIRIAN XIMENA ABARCA TIXE, *et al.*, <br><br> Petitioner, <br><br> v. <br><br> PATRICIA HYDE, *et al.*, <br><br> Respondents. | Civil Action No. 1:25-cv-12365-GAO |

**STATUS REPORT**

Pursuant to this Court's October 22, 2025 Order, Respondents hereby provide notice to this Court that U.S. Immigration and Customs Enforcement ("ICE") has returned Petitioner to the District of Massachusetts. Doc. No. 20. Petitioner is currently in ICE custody at the ICE Enforcement and Removal Operations Burlington, Massachusetts Field Office. Petitioner remains in ICE custody pursuant to 8 U.S.C. § 1231 as she is subject to a final order of removal from the United States which ICE intends to effectuate.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: October 31, 2025        By:    */s/ Mark Sauter*
Mark Sauter
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.:(617) 748-3347
Email: mark.sauter@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I, Mark Sauter, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 31, 2025              By:     */s/ Mark Sauter*
                                                              Mark Sauter
                                                              Assistant United States Attorney