# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIRIAN XIMENA ABARCA TIXE,<br><br>    Petitioner,<br><br>v.<br><br>PATRICIA HYDE, et al,<br><br>    Respondents. | Civil Action No.: 1:25-CV-12365-GAO |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given that Assistant United States Attorney Rayford A. Farquhar withdraws his appearance as counsel for the Respondents in the above-captioned matter. Assistant United States Attorney Mark Sauter will continue as counsel for the government.

    Respectfully submitted,

    LEAH B. FOLEY
    United States Attorney

Dated: November 6, 2025    By:    */s/ Rayford A. Farquhar*
    RAYFORD A. FARQUHAR
    Assistant United States Attorney
    United States Attorney's Office
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    617-748-3100
    Email: rayford.farquhar@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

| | |
|---|---|
| Dated:  November 6, 2025 | By:  */s/ Rayford A. Farquhar*<br>RAYFORD A. FARQUHAR<br>Assistant United States Attorney |