UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Mirian Ximena Abarca Tixe**

        Petitioner

                                  CIVIL ACTION

V.

                                  NO. 1:25-12365-GAO

**Patricia Hyde, et al.**

        Respondents

**ORDER OF DISMISSAL**

O'TOOLE, D. J.

In accordance with the Court's ELECTRONIC ORDER (Dkt. No. 35) dated November 6, 2025, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                            By the Court,

11/6/2025                                      /s/ Flaviana de Oliveira
Date                                         Deputy Clerk